**WCM INDUSTRIES, INC.,**
**Plaintiff–Appellant,**

v.

**PRIER PRODUCTS, INC.,**
**Defendant–Appellee.**

No. 05–1530.

United States Court of Appeals,
Federal Circuit.

April 7, 2006.

Before MAYER, LOURIE, and DYK, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.